UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| VITALIO NOE MERIDA-ALVARADO, | No. 07-72021 |
| Petitioner, | Agency No. A073-987-227 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | ORDER |
| Respondent. | |

Before:     BEEZER, TROTT, and BYBEE, Circuit Judges.

We hereby sua sponte withdraw the memorandum disposition filed on January 19, 2010.

The motion to stay the mandate is denied as moot.

Within 30 days after the date of this order, petitioner shall notify the court in writing as to whether he wishes (1) to stand on the opening brief filed on February 11, 2008 or (2) to strike the opening brief and file a replacement brief. If petitioner elects to file a replacement brief, such brief shall be due within 30 days after the date of this order. Any replacement answering and optional reply briefs shall be filed in accordance with the time limits set forth in Federal Rule of Appellate Procedure 31(a).

The Clerk shall calendar this case for the next available oral argument upon completion of briefing.